JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRA GONZALEZ-AGREDA, ) | No. C 08-3144 JL |
|     Plaintiff, ) | |
| v. ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| EMILIA BARDINI, Director, San Francisco ) Asylum Office; MICHAEL CHERTOFF, ) Secretary of Homeland Security; MICHAEL B. ) MUKASEY, Attorney General, ) | |
|     Defendants. ) | |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services found that Plaintiff is a member eligible for benefits under the settlement agreement in *American Baptist Churches v. Thornburgh*, 760 F. Supp.796 (N.D. Cal. 1991) (ABC).

///

Stipulation to Dismiss
C08-3144 JL                                        1

Each of the parties shall bear their own costs and fees.

Dated: July 18, 2008         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: July 17, 2008         _____/s/_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 22, 2008         _____
JAMES LARSON
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-3144 JL                                    2